JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
supriya.prasad@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES ALLEN WYNHOFF,<br><br>　　　　Defendant,<br><br>FAYE M. WYNHOFF,<br><br>　　　　Petitioner. | 2:22-CR-00083-RFB-NJK<br><br>**Government's Unopposed Motion to Extend the Time to File its Response to Faye M. Wynhoff's Petition for Ancillary Proceeding, ECF No. 33**<br><br>**(Second Request)** |

　　　　The United States of America moves this Court for an Order extending the time for the government to file its response to Faye M. Wynhoff's Petition for Ancillary Proceeding. ECF No. 33.

　　　　On November 8, 2022, the government filed its first motion to extend time to file its response. ECF No. 35. The Court has not yet issued a decision as to the government's first motion. That motion requested that the response deadline be extended to November 25, 2022.

　　　　Since the filing of that motion, the Federal Bureau of Investigations and Faye M. Wynhoff have been in communication regarding the information that Faye M. Wynhoff wishes to preserve from the black Lenovo laptop with device ID F0F121F9-9892-4A74-A7F9-FA0EC780EB77 (the "laptop"), which the government seeks to forfeit. Specifically,

the FBI is arranging a time wherein Faye M. Wynhoff may identify that information (to include personal family photographs) such that it may be preserved for Faye M. Wynhoff prior to forfeiture of the laptop. On November 16, 2022, counsel for the government contacted Faye M. Wynhoff, who confirmed that she had no objection to an extension of time of at least 45-days for the government to respond to her motion. The government accordingly requests a 45-day extension of time to respond to Faye M. Wynhoff's motion. This is the second request.

      This Motion is not submitted solely for the purpose of delay or for any other improper purpose. Rather, the extension is being requested to resolve Faye M. Wynhoff's motion without further litigation.

      DATED: November 18, 2022.

JASON M. FRIERSON  
United States Attorney

/s/ Supriya Prasad  
SUPRIYA PRASAD  
Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
supriya.prasad@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-00083-RFB-NJK |
| Plaintiff, | **Order** |
| v. | |
| JAMES ALLEN WYNHOFF, | |
| Defendant, | |
| FAYE M. WYNHOFF, | |
| Petitioner. | |

    IT IS ORDERED that the government's deadline to respond to Faye M. Wynhoff's Motion for Hearing (ECF No. 33) is hereby extended until January 6, 2023.

    IT IS FURTHER ORDERED that Faye M. Wynhoff's Reply to Government's Response to is hereby extended to January 20, 2023. IT IS FURTHER ORDERED that Government's [36] Unopposed Motion for Extension of time is GRANTED; Government's [35] Unopposed Motion for Extension of Time to respond is DENIED without prejudice as moot.

    IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: November 21, 2022

3