RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for James A. Wynhoff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00083-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| JAMES A. WYNHOFF, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for James A. Wynhoff, that the Sentencing Hearing currently scheduled on February 9, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1    1.    The defense requires additional time to conduct investigation and

2    prepare for sentencing.

3    2.    The defendant is in custody and agrees with the need for the

4    continuance.

5    3.    The parties agree to the continuance.

6    This is the second request for a continuance of the sentencing hearing.

7    DATED this 5th day of February, 2023.

8

9    RENE L. VALLADARES                JASON M. FRIERSON
     Federal Public Defender          United States Attorney
10

11   */s/ Margaret W. Lambrose*        */s/ Supriya Prasad*
     By_____         By_____
12
     MARGARET W. LAMBROSE              SUPRIYA PRASAD
13   Assistant Federal Public Defender  Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3
4

UNITED STATES OF AMERICA,

Case No. 2:22-cr-00083-RFB-NJK

Plaintiff,

**ORDER**

5
6

v.

7

JAMES A. WYNHOFF,

8

Defendant.

9

10        IT IS THEREFORE ORDERED that the sentencing hearing currently
11 scheduled for Thursday, February 9, 2023 at 9:00 a.m., be vacated and continued
12 to  April 10, 2023   at the hour of  10: 00  a.m.
13        DATED this 6th day of February, 2023.

14
15



_____
16        RICHARD F. BOULWARE, II
         UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26

3