RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for James A. Wynhoff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. WYNHOFF,<br><br>　　　　Defendant. | Case No. 2:22-cr-00083-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for James A. Wynhoff, that the Sentencing Hearing currently scheduled on April 10, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　This Stipulation is entered into for the following reasons:

1. Based on an agreement by the parties, it is respectfully requested that this Court continue the sentencing hearing 60 days to allow Mr. Wynhoff's mother to be present at the hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 5th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Supriya Prasad*<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES A. WYNHOFF,<br><br>  Defendant. | Case No. 2:22-cr-00068-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, April 10, 2023 at 10:00 a.m., be vacated and continued to __June 15, 2023__ at the hour of _12_:_00_ _p_.m.

DATED this <u>6th</u> day of April, 2023.

                                                                                  _____
                                                                                  RICHARD F. BOULWARE, II
                                                                                  UNITED STATES DISTRICT JUDGE

3